**FILED**
July 13, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )   Case No. CR S-07-0266 FCD
            Plaintiff,          )
                                )
v.                              )   ORDER FOR RELEASE OF
                                )   PERSON IN CUSTODY
NHIA KAO VANG,                  )
                                )
            Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  NHIA KAO VANG , Case No.  CR S-07-0266 FCD , Charge  18 USC §§ 371; 960; 956; 2332 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

 X    Bail Posted in the Sum of $ 300,000.00 Vacarro Bond to be Secured by equity of at least $L00,000 .

 X    Unsecured Appearance Bond to be replaced by a secured property bond within 14 days of today's date

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

 X    (Other)  Pretrial Services Supervision of conditions of release .

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA  on  July 12, 2007  at  2:00  pm .

                                    By  /s/ Dale A. Drozd
                                        Dale A. Drozd
                                        United States Magistrate Judge