DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Nhia Kao Vang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>NHIA KAO VANG,<br><br>            Defendant | Case No.: CRS 07-266 FCD<br><br>STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS AND ORDER |

The parties hereby stipulate that in addition to the previously ordered conditions of pretrial release for Nhia Kao Vang, the following conditions be ordered:

That defendant Nhia Kao Vang be allowed to work at his family business, Robeks, located at 1090 Pleasant Grove Boulevard, Suite 150, Roseville, CA, Monday through Saturday during the hours of 7:00 a.m. and 7:00 p.m.  Defendant will be allowed to leave his residence in time to arrive at Robeks no later than 7:00 a.m. with no deviations or detours permitted. Defendant must return to his residence immediately after 7:00 p.m., and make no detours or deviations on the way to his residence.

While at the family business and while in transit between the residence and business, defendant will be in the third party custody of his wife, Chao Xiong, who will be responsible for the defendant while defendant works at Robeks.

Stipulation and Order - 1

1   All other terms and conditions of pretrial release previously imposed remain in effect.

2   This stipulation and agreement is for 60 days, with the option for further review and
3   extension after that time.

4

5                                           Respectfully Submitted

6
    Dated this 13th day of March, 2008
7
                                                        By:/s/ Danny D. Brace, Jr.
8                                                              DANNY D. BRACE, JR.,

9
                                                        By:   /s/ Robert Twiss
10                                                             ROBERT TWISS

11
    IT IS SO ORDERED.
12

13  DATED:  March 14, 2008.

14
                                            _____
15                                          DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE
16

17  Ddad1/orders.criminal/vang0266.stipord(5)