1  DANNY D. BRACE, JR., #114466
   LAW OFFICE OF DANNY D. BRACE, JR.
   901 H Street, Suite 500
2  Sacramento, CA  95814
   (916) 552-6660
3  Fax:  (916) 447-0592

4  Attorney for Nhia Kao Vang

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,          )  Case No.: CRS 07-266 FCD
12                                     )
                  Plaintiff,           )  STIPULATION FOR MODIFICATIONOF
13                                     )  PRETRIAL RELEASE CONDITIONS AND
          vs.                          )  ORDER
14                                     )
   NHIA KAO VANG,                      )
15                                     )
                  Defendant.           )
16                                     )

17

18        The parties hereby stipulate that in addition to the previously ordered conditions of

19 pretrial release for Nhia Kao Vang, the following conditions be ordered:

20        That defendant Nhia Kao Vang be allowed away from his residence each day to conduct

21 lawful business between the hours of 7:00 a.m. and 9:00 p.m.

22        Defendant will be in the third party custody of his wife, Chao Xiong, who will be

23 responsible for the defendant at all times.

24        All other terms and conditions of pretrial release previously imposed remain in effect.

25 /////

1                                    Respectfully Submitted

2    Dated this 1st day of May, 2008

3                                              By:/s/ Danny D. Brace, Jr.
                                                      DANNY D. BRACE, JR.,
4

5                                              By:  /s/ Robert Twiss
                                                      ROBERT TWISS
6

7    IT IS SO ORDERED:

8    DATED:  May 13, 2008.

9
     _____
10   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE
11

12   Ddad1/orders.criminal/vang0266.stipord(6)

13

14

15

16

17

18

19

20

21

22

23

24

25

                            Stipulation and Order - 2