DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Nhia Kao Vang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>NHIA KAO VANG,<br><br>          Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: CR S 07-266 FCD

STIPULATION FOR MODIFICATIONOF PRETRIAL RELEASE CONDITIONS AND ORDER

        The parties hereby stipulate that in addition to the previously ordered conditions of pretrial release for Nhia Kao Vang, the following conditions be ordered:

        That Number 6 and Number 7 of the conditions of pretrial release be terminated and that all curfew restrictions be eliminated due to Mr. Vang's current employment at Motion Control Engineering, Inc.

        All other terms and conditions of pretrial release previously imposed remain in effect.

/////

/////

/////

/////

/////

1

Respectfully Submitted

2

Dated this 17th day of June, 2008                By:   /s/ Danny D. Brace, Jr,

3                                                                    DANNY D. BRACE, JR.,
                                                                       Attorney for Nhia Kao Vang

4

5                                                                    By:   /s/ Ellen Endrizzi
                                                                       Authorized to Sign for Ellen

6                                                                    Endrizzi on June 17, 2008
                                                                       ELLEN ENDRIZZI

7                                                                    Attorney for the United States

8

IT IS SO ORDERED:

9

10        DATED:  June 18, 2008.

11

12        _____
          DALE A. DROZD

13        UNITED STATES MAGISTRATE JUDGE

14        Ddad1/orders.criminal/vang0266.stipord(8)

15

16

17

18

19

20

21

22

23

24

25