DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
vs.
NHIA KAO VANG,
        Defendant

Case No.: 2:07-cr-00266 FCD

STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL RELEASE – RELEASE OF PROPERTY OF SUI VANG SECURING BOND

The parties hereby stipulate that in addition to the previously ordered conditions of pretrial release for Nhia Kao Vang, the following condition is modified:

On or about July 13, 2007, defendant, Nhia Kao Vang, his wife Chao Xiong, and his relatives signed a $300,000.00 appearance bond on behalf of Nhia Kao Vang and defendant was released from custody. As a condition of this bond, defendant agreed to appear in person as directed by the court. Mr. Vang has appeared at every court appearance as directed by the court.

The Court also ordered a secured bond in the amount of $200,000.00, secured by equity in homes owned by defendant and the relatives, including Sui B. Vang, signing the $300,000.00 appearance bond on his behalf.

Sui Vang signed and recorded a Deed of Trust dated November 28, 2007, securing the sum of $53,300.00 from equity in his property located at 31 Spinel Circle, Sacramento, CA 95834 as part of defendant's secured bond. Mr. Vang can no longer afford his home and the

1  home no longer has any equity. To avoid foreclosure Mr. Vang has sold his home in a short sale.

2  He cannot proceed with the sale of his home with the $53,300.00 secured lien.

3  Based on the above facts and circumstances, it is hereby stipulated between the parties

4  that $ 53,300.00 of the $200,000.00 secured appearance bond be ordered unsecured and that the

5  Clerk of the Court be directed to reconvey back to Sui B. Vang the deed of trust recorded with

6  the County of Sacramento for the benefit of the U.S. District Court on November 28, 2007.

7  .

8  Dated: 11-24-09

DANNY D. BRACE, JR.,

DANNY D. BRACE, JR.
Attorney for Nhia Kao Vang

Dated: 11-24-09

JILL THOMAS
Assistant United States Attorney
Authorized to sign on Ms. Thomas' behalf
November 24, 2009

### ORDER

IT IS HEREBY ORDERED that $ 53,300.00 of the $200,000.00 secured appearance bond be ordered unsecured and that the Clerk of the Court be directed to reconvey back to Sui B. Vang the deed of trust recorded with the County of Sacramento for the benefit of the U.S. District Court for his property located at 31 Spinel Court, Sacramento, CA 95834, forthwith.

Date: 11/24/09

HON. DALE A. DROZD
U.S. MAGISTRATE JUDGE