DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Nhia Kao Vang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NHIA KAO VANG,<br><br>　　　　Defendant | ) Case No.: CR. S-07-266 FCD<br>)<br>) ORDER EXONERATING BOND<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　On July 12, 2007, NHIA KAO VANG was ordered released on a $300,000.00 Vaccaro Bond, with $200,000.00 of that bond secured by personal property of defendant and family members.

　　　On December 3, 2007, Lao Vue, also known as Wacha Lao Vue,, recorded in the County of a Sacramento a Deed of Trust against his property located at 765 Exchange Street, Sacramento, CA 95838 to secure a portion of the bond in the amount of $49,400.00.

　　　The above-captioned case has now been dismissed.  It is hereby requested that the Vaccaro Bond be exonerated and that the Clerk of the District Court be directed to reconvey back to Lao Vue, also known as Wacha Lao Vue, the above Deed of Trust.

Order Exonerating Bond - 1

Respectfully Submitted

Dated this 25th day of January, 2011                      By:  /s/ Danny D. Brace, Jr,
                                                          DANNY D. BRACE, JR.,
                                                          Attorney for Nhia Kao Vang

**IT IS SO ORDERED.**

Dated: January 25, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE